UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Shonda Mishlek
D.C.S.
_____
_____
Name of plaintiff (s)

v.

Michael Hall
_____
_____
Name of defendant (s)

Case No. 4:24-cv-48-TRM-SKL
(to be assigned by Clerk)

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

My constitutional right to parent my child is being violated

2. Plaintiff, Michael A Hall resides at 203 lee St. Tullahoma
street address / city
Coffee, TN, 37388, 931-800-7516
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, **Shonda Mishlet** lives at, or its business is located at **2160 Cowan Hwy** **Winchester TN.** **37358**
street address / city / zip code

county, state, zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

My child Emily Hubl was in foster care 2023 the foster parent wanted to stop being her caregiver. The dept of children services agreed to let Emily come home to me, her father but wanted her to go to a state residential home for therapy for 3 months. She was there 8 months, they then sent her to Utah for an additional 9-12 months. Dept children services stated the reason is "running her mouth." I am disabled 100%. I can't afford to move to Utah to parent my child. I've only been allowed 30 minutes in phone time with her. My constitutional right to parent my child is being violated.

Cont.

She has been in letch 1 month. I have always been a single parent to her. Her birth mothers rights were terminated due to killing her younger brother she had Munchaussen disease. I have been both mother and father to Emily. the states decision made by Shonda mishlek acting under color of law "Dept children services", has descimated my family. Shonda stated in a team meeting they had more resourses than me to parent Emily. I beg this honorable federal court to hear my case. This statement only touches on the rights as a parent I have that they have violated.
I am powerless over the dept. of children services I am only one man. I beg you to hear my case. I want my daughter returned to me and I ask this court for damages of $50,000.00

Michael Hall

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Return my child to me

   b. Pay damages of $50,000.00

   c. ___

   d. ___

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Michael Hall_ day of _June 20_, 20_24_.

_Michael Hall_
Signature of plaintiff(s)

3



FROM: Michael Hall
203 Lee St
Tullahoma,
Tn.
37388

TO: United State district court
900 Georgia Ave
Room 309
Chatt, Tn
37402